# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| Lindsey Farmer and Larry Farmer, individually and on behalf of minor C.F., | Case No. 1:23-cv-237 |
| | Judge Matthew W. McFarland |
| Plaintiffs, | |
| v. | |
| Clermont Northeastern Middle School, et al, | |
| Defendants. | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. Plaintiffs' FERPA claim against Defendant Clermont Northeastern Middle School is **DISMISSED WITH PREJUDICE;**
2. Plaintiffs' remaining state law claims against Defendants are **DISMISSED WITHOUT PREJUDICE;**
3. Defendants Clermont Northeastern Middle School, Laura Nazarene, and Charles Boothby's Motion to Dismiss (Doc. 16) is **GRANTED IN PART AND DENIED AS MOOT IN PART;**
4. Defendant Robert Lloyd's Motion to Dismiss (Doc. 18) is **DENIED AS MOOT;** and
5. Defendant Stephanie Lloyd's Motion to Dismiss (Doc. 19) is **DENIED AS MOOT.**

Dated: October 25, 2023.                                Richard W. Nagel, Clerk of Court
                                                                                By: */s/ Kellie A. Fields*
                                                                                        Deputy Clerk